| | | |
|---|---|---|
| **ROGER P. WILLIAMS** | * | **NO. 2019-CA-0894** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **KELLY WOOD AND** | * | **FOURTH CIRCUIT** |
| **MICHAEL R. WOOD, ABC** | | |
| **INSURANCE COMPANY,** | * | **STATE OF LOUISIANA** |
| **PAUL DILEO AND A HOME** | | |
| **CHECK BY PAUL DILEO, LLC** | * | |
| | * | |

* * * * * * *

**DYSART, J., concurs in the result.**